# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Paul Robinson<br>In re: Robinson, an individual, as owner of a certain 2005 F29 Dave's Custom Boat, HIN DCEF9005C405, for exoneration from or limitation of liability,<br><br>Plaintiff(s), | 2:24-cv-00151-RFB-MDC<br><br>**Order** |

The Court has reviewed the stipulation for value. ECF No. 4. The stipulation identifies the stipulator as "Geico Marine Insurance Company." However, the stipulation is signed by plaintiff's counsel, not Geico Marine Insurance Company.

**IT IS ORDERED** that:

1. The *Stipulation for Value* (ECF No. 4) is **DENIED** without prejudice., with leave to refile. Plaintiff has until Thursday, February 15, 2024 to submit a corrected Stipulation for Value signed by Geico Marine Insurance Company.

DATED this 1st day of February 2024.

IT IS SO ORDERED.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge